UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff | § | |
| v. | § | CASE NO. 4:14-cv-812 |
| | § | |
| RONALD L. BLACKBURN, ANDREW V. REID, BRUCE A. GWYN, MICHAEL A. MULSHINE, LEE C. SCHLESINGER, SAMUEL E. WHITLEY, AND TREATY ENERGY CORPORATION | § § § § § § § | |
| Defendants | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

The Securities and Exchange Commission is unaware of any person or entity, other than the Defendants and their investors, who have a financial interest in the outcome of this litigation.

Dated:  December 15, 2014         Respectfully submitted,

 /s/ Jessica B. Magee
Jessica B. Magee
Texas Bar No. 24037757
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas 76102
(817) 978-6465
(817) 978-4927 (facsimile)
*mageej@sec.gov*

COUNSEL FOR PLAINTIFF UNITED STATES
SECURITIES AND EXCHANGE COMMISSION