UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
|---|---|---|
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:15-cv-2451-CJB-SS |
| RONALD L. BLACKBURN, ANDREW V. REID, BRUCE A. GWYN, MICHAEL A. MULSHINE, LEE C. SCHLESINGER, SAMUEL E. WHITLEY, AND TREATY ENERGY CORPORATION, | § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S WITNESS LIST

Plaintiff the Securities and Exchange Commission ("Plaintiff") submits the following list of witnesses it anticipates it will call to testify at the trial of this matter.

| WITNESS | SUBJECT OF TESTIMIONY | WILL/MAY CALL |
|---|---|---|
| Christopher David Tesarski, c/o Andrew Kramer Andrew L. Kramer, L.L.C. 201 St. Charles Ave. New Orleans, LA 70130 | Mr. Tesarki is the CEO of Treaty. He will testify about Treaty's business, operations, and assets, and the conduct and roles of the individual Defendants. | Will |
| Ronald L. Blackburn c/o Henry L. Klein Attorney at Law 844 Baronne Street New Orleans, LA 70113 | Mr. Blackburn is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other Defendants in this case. | Will |
| Andrew Reid c/o Henry L. Klein Attorney at Law 844 Baronne Street New Orleans, LA 70113 | Mr. Reid is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other Defendants in this case. | Will |
| Bruce A. Gwyn c/o Henry L. Klein Attorney at Law | Mr. Gwynn is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other | Will |

SEC v. Blackburn, et al.  
Plaintiff's Witness List

Page **1** of **6**

| | | |
|---|---|---|
| 844 Baronne Street<br>New Orleans, LA 70113 | Defendants in this case. | |
| Michael A. Mulshine<br>c/o Henry L. Klein<br>Attorney at Law<br>844 Baronne Street<br>New Orleans, LA 70113 | Mr. Mulshine is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other Defendants in this case. | Will |
| Lee C. Schlesinger<br>c/o Jeffrey J. Ansley<br>Bell Nunnally & Martin LLP<br>3232 McKinney Ave, Ste 1400<br>Dallas, TX 75204 | Mr. Schlesinger is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other Defendants in this case. | Will |
| Samuel E. Whitley<br>c/o Robert M. Corn<br>Attorney at Law<br>The Lyric Centre<br>440 Louisiana St., Ste 2000<br>Houston, TX 77002-1636<br>(713) 229-0055 | Mr. Whitley is a Defendant in this case and will testify about the facts giving rise to the claims against him and the other Defendants in this case. | Will |
| Keith Hunter<br>Securities and Exchange Commission<br>801 Cherry Street, Ste 1900<br>Fort Worth, TX 76102 | Mr. Hunter is a staff accountant at the Commission who will testify as a summary witness about trading records, stock price and volume records, and other documents received by the staff in connection with this matter. | Will |
| Andre Cho<br>Market Square<br>Belmopan City<br>Belize, C.A. | Mr. Cho is the Director, Geology and Petroleum Department Ministry of Economic Development, Petroleum, Investment, Trade and Commerce Government of Belize. He will testify about Treaty's operations in Belize, its interactions with the Government of Belize, and the releases and announcements by the Government of Belize. | May |
| Craig Moore<br>Market Square<br>Belmopan City<br>Belize, C.A. | Mr. Moore is the Deputy Director, Geology and Petroleum Department Ministry of Economic Development, Petroleum, Investment, Trade and Commerce Government of Belize. He will testify about Treaty's operations in Belize, its interactions with the Government of Belize, and the releases and announcements by the Government of Belize. | May |

| | | |
|---|---|---|
| Maqsood M. Mohamed<br>Plano, TX | Mr. Mohamed is a geologist who did work for treaty in Belize.  He will testify about Treaty's operations in Belize, its interactions with the Government of Belize, the releases and announcements by Treaty about Belize, and the roles and knowledge of the individual Defendants. | May |
| William D. Harden<br>Federal Correctional Institution<br>3150 Horton Rd.<br>Fort Worth, TX  76119<br>Registration No. 50057-177 | Mr. Harden did work for treaty in Belize. He will testify about Treaty's operations in Belize, its interactions with the Government of Belize, the releases and announcements by Treaty about Belize, and the roles and knowledge of the individual Defendants. | May |
| Richard Weyand<br>Frisco, TX | Mr. Weyand will testify about the Belize project and Treaty's fundraising efforts. | May |
| George Demmas<br>c/o Jason W. Burge<br>Fishman Haygood<br>201 St. Charles Ave, 46th Flr.<br>New Orleans, Louisiana 70170<br>(504) 586-5241 | Mr. Demmas is an investor who will testify about his dealings with Treaty, including with Defendant Gwyn. | May |
| John Bushnell<br>Salt Lake City, UT | Mr. Bushnell is an investor who will testify about his dealings with Treaty, including with Defendant Blackburn. | May |
| Jeff Mercer<br>Mangham, LA | Mr. Mercer is an investor who will testify about his dealings with Treaty, including with Defendants Blackburn and Mulshine and with William Harden. | May |
| Christopher Ezzell<br>New Orleans, LA | Mr. Ezell is an investor who will testify about his dealings with Treaty, including with Defendant Reid. | May |
| Jeff Morgan<br>North Pole, AK | Mr. Morgan is an investor who will testify about his dealings with Treaty, including with Defendants Blackburn and Mulshine. | May |
| David McCourtney<br>Madras, Oregon | Mr. McCourtney is an investor who will testify about his dealings with Treaty, including with Defendants Blackburn and Mulshine | May |
| James Sticker II<br>c/o James Sticker III, Esq.<br>Lee, Gibbs, Sullivan, Dupre LLC<br>One Lakeway Center, Suite 1470<br>3900 North Causeway Blvd.<br>Metairie, LA  70002<br>504-830-3939 | Mr. Sticker is an investor who will testify about his dealings with Treaty, including with Defendant Gwyn, Reid, and Blackburn. | May |

| | | |
|---|---|---|
| Gavin Baker<br>c/o James Sticker III, Esq.<br>Lee, Gibbs, Sullivan, Dupre LLC<br>One Lakeway Center, Suite 1470<br>3900 North Causeway Blvd.<br>Metairie, LA 70002<br>504-830-3939 | Mr. Baker is an investor who will testify about his dealings with Treaty, including with Defendant Gwyn, Reid, and Blackburn. | May |
| Barry Breeland<br>Daphne, AL | Mr. Breeland is an investor who will testify about his dealings with Treaty. | May |
| Platon Allen Petratos<br>Unknown | Mr. Petratos will testify about his retention by Treaty and statements he made to investors about Treaty on the company's behalf. | May |
| Lee Schlesinger, Sr.<br>c/o Jeffrey J. Ansley<br>Bell Nunnally & Martin LLP<br>3232 McKinney Ave. Ste 1400<br>Dallas, TX 75204 | Mr. Schlesinger, Sr. is an investor who will testify about his dealings with Treaty, including with Defendant Schlesinger. | May |
| Timothy Scarpino, Ted Ashton Adam Fiandaca, and/or other rep. of Scottsdale Capital Advisors<br>7170 E. McDonald Drive, Suite 6<br>Scottsdale, AZ 85253<br>480-603-4914 | The transfer agent will testify about the stock trading activity by Treaty and its affiliates, officers, and investors. | Will |
| Regions Bank[1]<br>Regions Financial Corp.<br>JP Morgan Chase<br>Resource Bank<br>Capital One Bank<br>First NBC Bank<br>First National Bank of Gillette<br>Iberia Bank<br>Wells Fargo Bank<br>TD Ameritrade<br>Charles Schwab<br>ETrade<br>Interactive Brokers<br>National Financial Services<br>Pershing<br>Wilson-Davis & Co.<br>Merill Lynch<br>Scottrade | Business records custodians. | May |

---

[1] Contact information for the business records custodians has been disclosed to Defendants.

SEC v. Blackburn, et al.  Page **4** of **6**
Plaintiff's Witness List

| | | |
|---|---|---|
| Broadridge Corporate Issuer Solutions<br>Alpine Securities<br>Apex Clearing Corporation<br>Cuna Brokerage Services<br>Computershare<br>Issuer Direct Corporation<br>M&K CPAs, PLLC<br>National Futures Association<br>FINRA<br>Bose, McKinney & Evans LLP<br>WarRoom Document Solutions | | |

Plaintiff reserves the right to call additional business records custodians and rebuttal and impeachment witnesses. Plaintiff reserves the right to call any witnesses that Defendants identify in their witness lists and to call any employee, representative, or affiliate of Defendants that are present at trial. Plaintiff further reserves the right to amend and supplement this list.

Dated: February 6, 2017         Respectfully submitted,

> */s/Jennifer D. Brandt*
> Jennifer D. Brandt
> Texas Bar No. 00796242
> Keefe M. Bernstein
> Texas Bar No. 24006839
> U.S. Securities and Exchange Commission
> Burnett Plaza, Suite 1900
> 801 Cherry Street, Unit #18
> Fort Worth, Texas  76102-6882
> Direct phone: (817) 978-6442 (jb)
> Fax: (817) 978-4927
> *brandtj@sec.gov*
> *bernsteink@sec.gov*
>
> COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on February 6, 2017, I electronically submitted the foregoing Plaintiff's Witness List with the clerk of court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the court.  I hereby certify that I have served all counsel according to Fed. R. Civ. P. 5(b)(2).

                                              */s/Jennifer D. Brandt*
                                              Jennifer D. Brandt