UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * * * | CIVIL ACTION   2015-2451 |
| versus | * * | CJB-JVM |
| RONALD L. BLACKBURN, ET ALS. | * | |

******************************************

## OBJECTION BY DEFENDANTS BLACKBURN AND MULSHINE

Defendants Ronald L. Blackburn and Michael A. Mulshine respectfully object to the recent rulings by the Court based on the entry of summary judgment as to liability and based on the issue of damages, penalties and disgorgement.

Defendants Blackburn and Mulshine suggest — as they have suggested in the past — that summary judgment is particularly inappropriate when there are issues regarding *scienter* that only a jury can decide. Defendants Blackburn and Mulshine also adopt oppositions filed by other defendants and reiterate the fact that the United States Supreme Court has just taken up the issue of disgorgement in *Liu v. Securities and Exchange Commission*.

Without burdening the record any further, Defendants Blackburn and Mulshine point out that as to disgorgement, there is absolutely no evidence that any defendant actually "...sold into the spike..." in connection with the Belize announcements which were minimal, short-lived and resulted in no "...ill-gotten gains..." by any defendant.

The SEC arguments on the theoretical gains were nothing more than conjecture and theory without foundation, all of which should be presented to a jury as requested by all defendants. The key pleadings that establish substantial doubt as to the veracity of the SEC case include: Doc.182, Motion for Summary Judgment by SEC;

Doc.194, Blackburn defendants' Response to SEC Doc. 182;  Doc.7,Blackburn defendants' Motion for Summary Judgment, re-filed to include uncontested facts; Doc. 201, Blackburn defendants' in limine motion to exclude testimony; Doc. 202, Blackburn defendants' in limine motion to exclude testimony and  Doc. 203, SEC Response to Docs. 201 and 202.

      The Blackburn defendants again request oral argument.

                                Respectfully submitted,

                              /s/   Henry L. Klein (T.A.)
                              844 Baronne Street
                              New Orleans, Louisiana 70113
                              (504) 586-9971
                              henryklein44@gmail.com