UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SECURITIES AND EXCHANGE     *
COMMISSION     *     CIVIL ACTION    2015-2451
   *
versus     *     CJB-JVM
   *
RONALD L. BLACKBURN, ET ALS.     *
**************************************************

## POLITE REMINDER OF FACTS LONG AGO FORGOTTEN

Defendants Ronald L. Blackburn and Michael A. Mulshine hereby remind the Court of facts that the mere passage of time may have erased. Oral argument would also advance the "...ends of justice...", a seemingly lost art:

[1]    Treaty Energy was formed in December 2008 through a reverse merger of a private oil and gas company, Treaty Petroleum and with a public company, Alternate Energy.

[2]    The reverse merger required approval from the Financial Industry Regulatory Authority ("FINRA"), which occurred in December of 2008.

[3]    When the reverse merger took place, Ronda Hyatt, David Hallin and Gary Dunham were the officers of the company and members of the Board of the Directors.

[4]    From the outset, Treaty has been a publicly traded company whose common stock was registered with the Securities & Exchange Commission under Section 12(g) of the 1933 Securities Act.

[5]    In January 2009, Treaty's common stock began trading on the OTC Bulletin Board under the ticker symbol "TECO".

1

[6] David Hallin, Ronda Hyatt and Gary Dunham constituted the first Board of Directors of Treaty in 2009.

[7] From April 2010 until July 2014, Andrew Reid served as the Chief Executive Officer and Chairman of the Board.

[8] From November 2011 until January 2013, Bruce Gwyn served as Treaty's Co-CEO with Reid; from January 2013 until March 2014, Gwyn Served as CEO.

[9] Ronald Blackburn never served as an officer or director of Treaty but was retained by Treaty as a consultant to assist in seeking business opportunities for the company from April 2010 until July 2014.

[10] Michael A. Mulshine has never served as an officer or director of Treaty but was retained as a consultant to assist management in compliance with federal and state laws and regulations.

[11] Blackburn has never been an issuer, underwriter or dealer of Treaty stock and has never been subject to the requirements of Section 5 of the Securities Act.

[12] Reid has never been an issuer, underwriter or dealer of Treaty stock and has never been subject to the requirements of Section 5 of the Securities Act.

[13] Mulshine has never been an issuer, underwriter or dealer of Treaty stock and has never been subject to the requirements of Section 5 of the Securities Act.

[14] Gwyn has never been an issuer, underwriter or dealer of Treaty stock and has never been subject to the requirements of Section 5 of the Securities Act.

[15] Blackburn did not intentionally, knowingly or with severe recklessness with respect to the truth make untrue statements of material facts or omissions of material facts

relative to the sale of Treaty stock at any time relevant to the allegations of the Complaint.

[16] Reid did not intentionally, knowingly or with severe recklessness with respect to the truth make untrue statements of material facts or omissions of material facts relative to the sale of Treaty stock at any time relevant to the allegations of the Complaint.

[17] Gwyn did not intentionally, knowingly or with severe recklessness with respect to the truth make untrue statements of material facts or omissions of material facts relative to the sale of Treaty stock at any time relevant to the allegations of the Complaint.

[18] Mulshine did not intentionally, knowingly or with severe recklessness with respect to the truth make untrue statements of material facts or omissions of material facts relative to the sale of Treaty stock at any time relevant to the allegations of the Complaint.

[19] All Form 8-Ks, 10-Ks and 10-Qs, filed by Treaty with the SEC during the relevant times at issue in the Complaint were true and correct, did not omit material information and were not misleading.

[20] The original Board of Directors when Treaty began trading on January 27, 2019 was David Hallin, Ronda Hyatt and Gary Dunham.

[21] Blackburn was a major shareholder and affiliate of Treaty until approximately November 2011, when his ownership interest fell to less than 10%.

[22] The information published by Treaty in the form of Press Releases regarding the Joint Venture in Belize was at all times accurate and at all times, the Press Releases contained a forward-looking statement which read as follows:

*Statements herein express management's beliefs and expectations regarding future performance and are forward-looking and involve risks and uncertainties, including but not limited to, raising working capital and securing other financing, responding to competition and rapidly changing technology and other risks. These risks are detailed in the Company's filings with the Securities and Exchange Commission, including Forms 10-KSB, 10-QSB and 8-K. Actual results may differ materially from such forward looking statements."*

Respectfully submitted,

/s/  Henry L. Klein (T.A.)
844 Baronne Street
New Orleans, Louisiana 70113
(504) 586-9971
henryklein44@gmail.com

4