UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | CASE NO. 2:15-cv-2451-CJB-JVM |
| RONALD L. BLACKBURN, § ANDREW V. REID, BRUCE A. GWYN, § MICHAEL A. MULSHINE, LEE C. § SCHLESINGER, SAMUEL E. WHITLEY, § AND TREATY ENERGY § CORPORATION, § § | SECTION: "J" (1) |
| Defendants. § | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff Securities and Exchange Commission ("Commission") will submit its Motion for Entry of Final Judgments as to the Officer Defendants and Samuel E. Whitley to the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, Section J, at 9:30 a.m., on June 3, 2020, or as the court may order.

Dated:  May 18, 2020,   Respectfully submitted,

/s/Jennifer D. Reece
Jennifer D. Reece
Texas Bar No. 00796242
Keefe M. Bernstein
Texas Bar No. 24006839
U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas  76102-6882
Direct phone: (817) 978-6442 (jb)
Fax: (817) 978-4927
reecej@sec.gov
bernsteink@sec.gov

**CERTIFICATE OF SERVICE**

      I certify that on May 18, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record according to Fed. R. Civ. P. 5(b)(2), and that I have also caused the foregoing document to be sent by U.S. mail to the last known addresses of pro se defendants Andrew V. Reid and Bruce A. Gwyn.

                                        */s/Jennifer D. Reece*
                                        Jennifer D. Reece