UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | §   CASE NO. 2:15-cv-2451-CJB-JVM |
| RONALD L. BLACKBURN, et al., | § § §   SECTION: "J" (1) |
| Defendants. | § § |

# ORDER

The Court has considered Plaintiff Securities and Exchange Commission's Motion for Entry of Final Judgments as to the Officer Defendants and Samuel E. Whitley **(Rec. Doc. 264)**. After review of the motion and the record, the Court finds that good cause exists to grant the Motion. Accordingly,

IT IS ORDERED that the Motion is GRANTED. By separate document, the Court will enter a Final Judgment as to Defendants Ronald L. Blackburn, Andrew V. Reid, Bruce A. Gwyn, and Michael A. Mulshine and a Final Judgment as to Defendant Samuel E. Whitley in the form submitted with the motion.

New Orleans, Louisiana, this 27th day of May, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE