UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CIVIL ACTION |
| VERSUS | NO: 15-2451 |
| RONALD L. BLACKBURN, ET AL. | SECTION: "J"(1) |

## ORDER

This action is before the Court on limited remand from the U.S. Court of Appeals for the Fifth Circuit for this Court to address, in the first instance, the issue of disgorgement in light of *Liu v. SEC*, 140 S. Ct. 1936 (2020). Accordingly,

**IT IS HEREBY ORDERED** that the parties shall submit supplemental briefing addressing only this issue within 21 days of this Order. The parties shall limit their briefing to no more than ten pages.

New Orleans, Louisiana, this 18th day of September, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE