# United States Court of Appeals
## for the Fifth Circuit

_____

No. 20-30464
_____

A True Copy
Certified order issued Nov 30, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Securities and Exchange Commission,

*Plaintiff—Appellee*,

versus

Ronald L. Blackburn; Michael A. Mulshine,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-2451

_____

CLERK'S OFFICE:

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of November 30, 2020, as to appellant Mr. Bruce A. Gwyn, for want of prosecution. The appellant failed to timely pay appellate filing fee.

Case 2:20-cv-02451-CJB-JVM Document 5 Filed 12/01/20 Page 2 of 2
Case 2:20-cv-02451 Document 28 Filed 12/01/20 Page 4 of 4
20-30464

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
  Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT